# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michele R. Gray, | No. CV-23-00663-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| CTP Funding, | |
| Defendant. | |

Pending before the Court is Defendants' "Renewed Motion for Award of Attorneys' Fees and Costs" (Doc. 54). No response has been filed and the time to do so has passed. *See* LRCiv 7.2(i). For good cause shown,

**IT IS ORDERED** granting Defendants' "Renewed Motion for Award of Attorneys' Fees and Costs" (Doc. 54). Defendants are awarded a total of $17,523.50, which is comprised of $17,097.00 in attorneys' fees and $426.50 in allowable costs. Interest shall accrue on the awarded amount from the date of entry of judgment at the rate prescribed by 28 U.S.C. § 1961.

Dated this 18th day of August, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge